## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Darryl Wade TAYLOR**<br>DOB: 1985; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-3447MJ |

| Complaint for a violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8) |
|---|

On or about December 20, 2025, at or near Tucson, in the District of Arizona, **Darryl Wade TAYLOR,** knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is: 5 rounds of Hornady 9mm ammunition and 1 round of CBC 9mm ammunition; said ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 20, 2025, in the area of Grant Road and Tanque Verde Road in Tucson, Arizona, Tucson Police Department (TPD) Officers responded to a male slumped in a vehicle in a parking lot. On arrival officers located a Cadillac CTS with AZ license plate 80A8B0. The vehicle was running with the keys in the ignition. An open bottle of liquor was seen in the vehicle. The driver was later identified as **Darryl Wade TAYLOR**, who was the registered owner of the vehicle. Officers saw a grip of a pistol in **TAYLOR'S** pocket. Officers were able to wake up **TAYLOR** and he rolled down the passenger side window. Officers were able to unlock the door and removed a Ruger P94 from **TAYLORS** pocket. The Ruger contained a magazine with 5 rounds of Hornady 9mm ammunition and 1 round of CBC 9mm ammunition. Officers were able to detain **TAYLOR.**

A records check revealed that **TAYLOR** was convicted of Aggravated Assault in Pima County Superior Court Case Number CR20012886 dated February, 2002; Domestic Violence Aggravated Assault in Pima County Superior Court Case Number CR20143305001, dated June, 2015; Child/Vulnerable adult abuse in August, 2021 in Pima County Superior Court case number CR202001860 and Narcotic Drug Possession/Use in August 2021 in Pima County Superior Court case number CR20210466. All are convictions for which a term of imprisonment is greater than one year.

An ATF interstate nexus expert performed a preliminary interstate nexus determination and determined that the ammunition in the Ruger firearm found in **TAYLOR'S** pocket was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A |
|---|

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *S. Houston* | SIGNATURE OF COMPLAINANT<br>*GMartinez #47468*<br><br>OFFICIAL TITLE<br>ATF TFO/TPD Detective G. Martinez |
|---|---|

**Sworn by telephone _x__**

| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>December 23, 2025 |
|---|---|

1)     See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54